UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DANDRE DSHON EVANS                                                    PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 1:18CV87-RHW

HARRISON COUNTY ADULT
DETENTION CENTER et al                                              DEFENDANTS

## **FINAL JUDGMENT**

In accordance with the requirement for a separate document pursuant to Federal Rule of

Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order

entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's 42 U.S.C. § 1983

civil rights complaint is dismissed with prejudice as to all claims and all defendants.

SO ORDERED AND ADJUDGED, this the 28th day of February 2020.


/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE